Ty Hyderally, Esq. (Atty. ID No.: 23231993)
**Hyderally & Associates, P.C.**
33 PLYMOUTH STREET, SUITE 202
MONTCLAIR, NEW JERSEY 07042
TELEPHONE (973) 509-8500
FACSIMILE (973) 509-8501
Attorneys for Plaintiff: Jamil Baxley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMIL BAXLEY,<br><br>PLAINTIFF,<br><br>VS.<br><br>BJ'S WHOLESALE CLUB, JOHN DOES 1-10, AND XYZ CORP. 1-10,<br><br>DEFENDANTS. | Civil Action No. 2:21-cv-18431-KM-MAH<br><br>**STIPULATION DISMISSING ACTION AND SUBMITTING IT TO FINAL AND BINDING ARBITRATION VIA ECF**<br><br>**Electronically Filed** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through the undersigned counsel, that the above-captioned action and all claims asserted therein shall be, and hereby is, dismissed in its entirety in favor of going to binding arbitration in accordance with the parties' agreement, and that such dismissal is with prejudice, without costs or attorneys' fees against any party.

| **HYDERALLY & ASSOCIATES, P.C.** | **STEVENS & LEE, P.C.** |
|---|---|
| By: _____<br>Ty Hyderally, Esq.<br>Attorneys for Plaintiff | By: _____<br>Brad M. Kusher, Esq.<br>Attorney for Defendant |
| Dated: November 29, 2021 | Dated: November 29, 2021 |

T:\Baxley Jamil\Pleadings\112321.STIP dismissal.doc

<u>~~PROPOSED~~ ORDER</u>

Having reviewed and considered the stipulation between Plaintiff Jamil Baxley and Defendant BJ's Wholesale Club to submit Plaintiff's claims in this matter to arbitration, IT IS HEREBY ORDERED:

1. Plaintiff shall submit his claims to arbitration and the matter shall be arbitrated pursuant to the terms of the parties' arbitration agreement.

2. This action is dismissed.

IT IS SO ORDERED.

Dated: November 30, 2021

/s/ Kevin McNulty
HON. KEVIN MCNULTY, U.S.D.J.